QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Gary E. Gans (Bar No. 89537)
  garygans@quinnemanuel.com
  John S. Purcell (Bar No. 158969)
  johnpurcell@quinnemanuel.com
  Viola Trebicka (Bar No. 269526)
  violatrebicka@quinnemanuel.com
  Ryan Q. Keech (Bar No. 280306)
  ryankeech@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant ARRI Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BAND PRO FILM & DIGITAL, INC., a California corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>ARRI INC., a Delaware corporation, and MICHAEL BRAVIN, an individual,<br><br>             Defendants. | CASE NO. CV-12-03226-CJC (ANx)<br><br>**NOTICE OF MOTION REGARDING DEFENDANT ARRI INC.'S MOTION TO ENFORCE THE COURT'S MAY 8, 2013 ORDER AND FOR SANCTIONS**<br><br>Date: July 25, 2013<br>Time: 10:00 a.m.<br>Crtrm.: 6B<br><br>Discovery Cut-Off: November 22, 2013<br>Pretrial Conference: February 24, 2014<br>Trial Date: March 4, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 25, 2013, at 10:00 a.m., or as soon thereafter as this motion may be heard, before the Honorable Arthur Nakazato, in Courtroom 6B of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Defendant ARRI Inc. ("ARRI") will, and hereby does, move this Court for an order enforcing the Court's Order dated May 8, 2013 (the "May 8 Order") and for sanctions, specifically:

(i) Ordering evidentiary sanctions to preclude Plaintiff Band Pro Film & Digital, Inc. ("Band Pro") from offering evidence at summary judgment or trial on the subject matters of ARRI's First Set of Interrogatories, Nos. 8 and 9.

(ii) Ordering evidentiary sanctions to preclude Band Pro from offering evidence at summary judgment or trial on the subject matters of ARRI's First Set of Interrogatories, Nos. 12, 13, 14 and 19, which evidence was in Band Pro's possession or control at the time it verified its Fourth Amended Answers to the interrogatories but which Band Pro did not disclose in Band Pro's Fourth Amended Answers to the interrogatories.

(iii) Awarding monetary sanctions against Band Pro to compensate ARRI for its fees and costs incurred in seeking Band Pro's compliance with its discovery obligations in connection with ARRI's First Set of Interrogatories and the May 8 Order in an amount to be determined upon submission of proof of such fees and costs by ARRI; and

(iv) Such other relief as this Court may deem proper.

This motion is made following the meet and confer conferences of counsel which took place in writing on May 24, 28, 30 and 31 and on June 4 and 7, 2013, and telephone conferences on May 29 and June 7, 2013, wherein counsel were unable to resolve their disputes as to the interrogatories in issue.

ARRI brings this motion pursuant to Fed. R. Civ. P. 37(a), Local Rule 37 and this Court's inherent authority to remedy abuses of the litigation process and is

based on the attached Joint Statement, the Declaration of Viola Trebicka filed concurrently herewith, any supplemental memoranda filed under Local Rule 37-2.3, the pleadings and papers on file in this action, and such other evidence and arguments of which this Court may take judicial notice and/or may be presented at the hearing.

DATED: July 3, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Gary E. Gans
   Gary E. Gans
   Attorneys for Defendant ARRI Inc.