1  Gregory L. Weeks, Esq., (CSB No. 58584)
   Gregory K. Nelson, Esq. (CSB No. 203029)
2  WEEKS, KAUFMAN, NELSON & JOHNSON
   462 Stevens Avenue, Suite 310
3  Solana Beach, CA 92075
   Telephone:  (858) 794-2140
4  Email: nelson@weeksnelson.com

5  Attorneys for Plaintiff, Band Pro Film &
6  Digital, Inc.

7  Gary E. Gans (CSB No. 89537)
   John S. Purcell (CSB No. 158969)
8  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 South Figueroa Street, 10th Floor
9  Los Angeles, CA 90017-2543
   Telephone: (213) 443-3000
10 Email: garygans@quinnemanuel.com

11 Attorneys for Defendant ARRI, Inc.

12 James W. Spertus, Esq. (CSB No. 159825)
13 LAW OFFICES OF JAMES W. SPERTUS
   1990 South Bundy Dr., Suite 705
14 Los Angeles, CA 90025
   Telephone:  (310) 826-4700
15 Email:  jim@spertuslaw.com

16 Attorneys for Defendant Michael Bravin

17

18                    UNITED STATES DISTRICT COURT,

19                 CENTRAL DISTRICT OF CALIFORNIA

20                       SOUTHERN DIVISION

21 BAND PRO FILM & DIGITAL, INC.,          CASE NO. CV-12-03226-CJC (ANx)
   a California corporation,
                                           JOINT STIPULATION OF
22         Plaintiff,                      DISMISSAL WITH PREJUDICE
23      v.

24

25 ARRI INC., a Delaware corporation,
   and MICHAEL BRAVIN, an
26 individual,
           Defendants.
27

28

00505.23525/5543060.1
                                                    CASE NO. CV-12-03226-CJC
                              JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1        IT IS HEREBY STIPULATED AND AGREED, by and among the parties to

2  the above-captioned matter, Plaintiff Band Pro Film & Digital, Inc., and Defendants

3  ARRI Inc. and Michael Bravin, that:

4        1.     This entire action, including all claims, counterclaims, and defenses, be

5  dismissed with prejudice; and

6        2.     Each party shall bear its own attorneys' fees and costs.

7

8        IT IS SO STIPULATED AND AGREED.

9

10  DATED:  October 9, 2013        WEEKS NELSON

11

12

13                        By:  /s/ Gregory K. Nelson

                              Gregory K. Nelson

14                          Attorneys for Plaintiff

15

16  DATED:  October 9, 2013        QUINN EMANUEL URQUHART &
                              SULLIVAN, LLP

17

18

19                        By:  /s/ Gary E. Gans

20                              Gary E. Gans
                              Attorneys for Defendant ARRI Inc.

21

22  DATED:  October 9, 2013        SPERTUS, LANDES & UMHOFER

23

24

25                        By:  /s/ James W. Spertus
                              James W. Spertus

26                              Ezra D. Landes

27                              Attorneys for Defendant Michael Bravin

28