JS-6

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BAND PRO FILM & DIGITAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARRI INC., a Delaware corporation, and MICHAEL BRAVIN, an individual,<br><br>Defendants. | CASE NO. CV-12-03226-CJC (ANx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

1   Based upon the Joint Stipulation of Dismissal with Prejudice executed by all
2  parties to this action, **IT IS HEREBY ORDERED** that this entire action, including
3  all of the claims, counterclaims and defenses of Plaintiff Band Pro Film & Digital,
4  Inc., and Defendants ARRI Inc. and Michael Bravin, are hereby dismissed with
5  prejudice with each party to bear its own attorneys' fees and costs.

6

7  DATED:  October 18, 2013

8                                         Hon. Cormac J. Carney
                                       United States District Judge